1
2
3
4
5
6                              UNITED STATES DISTRICT COURT
7                                    DISTRICT OF NEVADA
8                                          * * * * *
9    STEVEN BRADLEY HODGES,              )
                                          )
10                  Plaintiff,            )    3:07-cv-00051-LRH (VPC)
                                          )
11        v.                              )
                                          )    O R D E R
12   JAMES BACA, et al.,                  )
                                          )
13                  Defendants.           )
                                          )
14

15         The Court has considered the Report and Recommendation of United States Magistrate

16   Judge Valerie P. Cooke (#33) entered on November 7, 2007, in which the Magistrate Judge

17   recommends that Defendants' Motion to Dismiss (#21) be denied.  The Court has considered the

18   pleadings and memoranda of the parties and other relevant matters of record and has made a review

19   and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law,

20   and good cause appearing, the court hereby

21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#33); therefore, Defendants' Motion to Dismiss (#21) is denied.

      IT IS SO ORDERED.

      DATED this 27th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE